**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

GULZINA BEKBOLOT KYZY, )
)
    Petitioner, )
)
v. )     Case No. CIV-26-129-D
)
FRED FIGUERO, *et al.*, )
)
    Respondents. )

## JUDGMENT

Pursuant to the Court's Order entered this date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **GRANTED IN PART**. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

**IT IS SO ORDERED** this 17th day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

1